APR-02-2008 17:01        D&T                                                                P.02/02

*Handwritten note:*
4/2/08
Gov't's response is due April 9; def's due by April 14; reply due by April 18. def's surrender date remains at April 8. So ordered.
/s/ SHS
4/3/08
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 2, 2008

RECEIVED
APR 2 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

VIA FACSIMILE

Honorable Sidney H. Stein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

Re:   United States v. Youssef Fakih,
      08 Civ 2408 (SHS)

**MEMO ENDORSED**

Dear Judge Stein:

The defendant in the above-referenced case filed a petition pursuant to 28 U.S.C. § 2255 on or about March 10, 2008. On March 18, 2008, Your Honor ordered that the Government's opposition be due by April 2, 2008, and Fakih's reply be due by April 7, 2008. This Court had previously set a surrender date for Fakih of April 8, 2008.

Although there is no merit to Fakih's 2255 Motion, the Government submits this letter to respectfully request a brief extension of time (one week) in order to prepare a complete record to the Court on the issues raised by Fakih. It is the Government's hope to avoid a hearing on these issues, but it will need a brief extension in order to address Fakih's factual claims, and specifically, his allegations related to possible plea offers.

Defense counsel, Roger Bennet Adler, Esq., has no objection to this request. The Government would likewise have no objection to an equivalent extension of Fakih's time to reply to the Government's papers.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Marissa Molé*
Marissa Molé
Assistant United States Attorney
(212) 637-2275

cc:   Roger Bennet Adler, Esq.